IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA STEMPIEN, et al.,

                Plaintiffs,

v.

ELI LILLY AND COMPANY and MCKESSON CORPORATION,

                Defendants.

AND RELATED CASES

NO. C06-1811 TEH

<u>ORDER GRANTING MOTION TO RELATE CASES AND ORDER STAYING CASES</u>

       This matter comes before the Court on Plaintiffs' motion to relate all cases involving Zyprexa and naming Eli Lilly and Company and McKesson Corporation as defendants. Notably, Defendants do not oppose Plaintiffs' contention that these cases meet the definition for related cases under the local rules but, instead, argue only that all Zyprexa cases should be related. A motion to relate all Zyprexa cases, however, is not before this Court.

       Having reviewed the parties' papers, the Court finds that the cases identified by Plaintiffs meet the requirements for relation under Civil Local Rule 3-12. Accordingly, Plaintiffs' motion to relate cases is GRANTED, and the following cases shall be related to *Stempien v. Eli Lilly & Co.*, Case No. 06-1811 TEH:

       *Lidikay v. Eli Lilly & Co.*, Case No. C06-1938 MHP

       *Johnson v. Eli Lilly & Co.*, Case No. C06-2188 WHA

       *Burns v. Eli Lilly & Co.*, Case No. C06-2384 SBA

       *Woodrow v. Eli Lilly & Co.*, Case No. C06-2385 SI

       *Grant v. Eli Lilly & Co.*, Case No. C06-2386 MHP

       *Alexander v. Eli Lilly & Co.*, Case No. C06-2489 CW

1  Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the above six cases to the
2  undersigned judge. Counsel are instructed that all future filings shall bear the initials "TEH"
3  immediately after the case number.
4      IT IS FURTHER ORDERED that all of the above cases shall be STAYED, and any
5  pending remand motions in the above cases shall be VACATED, for the reasons set forth in
6  this Court's May 4, 2006 order in *Stempien* (Case No. 06-1811, docket no. 26).

**IT IS SO ORDERED.**

Dated: 05/10/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

**United States District Court**
For the Northern District of California